AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | |
|---|---|
| NAGRAVISION SA | ) |
| ———————————————— | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  2:16-cv-1362 |
| COMCAST CORPORATION et al | ) |
| ———————————————— | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMCAST BUSINESS COMMUNICATIONS, LLC
C/o C T Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas  75201-3136


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael K. Plimack
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: __**12/6/16**_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:16-cv-1362

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   COMCAST BUSINESS COMMUNICATIONS, LLC

was received by me on *(date)*   12/06/2016   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Laura Perez, process specialist _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*   CT Corporation System
Reg. Agent for Comcast Business Communications, llc   on *(date)*   12/06/2016   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/07/2016 _____
                                        _____
                                        *Server's signature*

                                        Kathleen Miller, process server sch 1898 exp. 03/31/2018
                                        *Printed name and title*

                                        1910 Pacific Avenue, Suite 16700
                                        Dallas, Texas 75201
                                        *Server's address*

Additional information regarding attempted service, etc:

Delivery location: 1999 Bryan Street, Suite 900, Dallas, Texas 75201.