# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NAGRAVISION SA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:16-cv-01362-JRG<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiff Nagravision SA ("Nagravision") hereby gives notice that this case is now ready for scheduling conference.

The following motion is currently pending in this case:

1. Defendants' Corrected Motion to Dismiss, or in the Alternative, Transfer (Dkt. No. 33).

Nagravision is not aware of any related cases previously filed in the Eastern District of Texas involving the same patents at issue in this case. The patents at issue in this case are: U.S. Patent Nos. 7,725,720; 7,725,740; and 8,356,188.

Dated:  February 13, 2017                    Respectfully submitted,

*/s/ Michael K. Plimack w/permission by Andrea Fair*
Michael K. Plimack (mplimack@cov.com)
Winslow Taub (wtaub@cov.com)
Alice J. Ahn (aahn@cov.com)
Udit Sood (usood@cov.com)
Sara Sunderland (ssunderland@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000

Robert T. Haslam (rhaslam@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700

Wesley Hill (wh@wsfirm.com)
Texas State Bar No. 24032294
Andrea L. Fair (andrea@wsfirm.com)
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO BOX 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff Nagravision SA*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 13th day of February, 2017.

                                          */s/Andrea Fair*
                                          Andrea Fair