# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NAGRAVISION SA,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,<br><br>    *Defendants*. | Case No. 2:16-cv-1362-JRG |

## ORDER

Having considered the Parties' Joint Motion to Extend the Deadline to Comply with P.R. 3-1 & 3-2 and P.R. 3-3 & 3-4 (Dkt. No. 42), the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Plaintiff's deadline to comply with P.R. 3-1 and 3-2 is extended until and including March 17, 2017, and Defendants' deadline to comply with P.R. 3-3 and 3-4 is extended until and including May 12, 2017.

**So ORDERED and SIGNED this 15th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE