# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NAGRAVISION SA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,** <br><br> **Defendants.** | Case No.: 2:16-cv-1362-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE WITH P.R. 3-1 AND P.R. 3-2

Pursuant to the Court's March 7, 2017 Scheduling Order (Dkt. 41), Plaintiff, Nagravision SA, files this Notice of Compliance hereby notifying the Court that Plaintiff has served its disclosures in compliance with P.R. 3-1 and P.R. 3-2 on March 17, 2017.

Dated: March 20, 2017            Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Michael K. Plimack w/permission by Andrea Fair*
　　　　　　　　　　　　　　　　　　Michael K. Plimack (SBN: 133869)
　　　　　　　　　　　　　　　　　　*mplimack@cov.com*
　　　　　　　　　　　　　　　　　　Winslow Taub (SBN: 233456)
　　　　　　　　　　　　　　　　　　*wtaub@cov.com*
　　　　　　　　　　　　　　　　　　Alice Ahn (SBN: 245723)
　　　　　　　　　　　　　　　　　　*aahn@cov.com*
　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　One Front Street

San Francisco, CA 94111
Telephone: (415) 591-6000

Robert T. Haslam (SBN: 71134)
 rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone:  (650) 632-4700

Wesley Hill (wh@wsfirm.com)
Texas State Bar No. 24032294
Andrea L. Fair (andrea@wsfirm.com)
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO BOX 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff Nagravision SA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 20, 2017.

*/s/ Andrea Fair*
Andrea Fair