UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NAGRAVISION SA,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,**<br><br>     **Defendants.** | Case No.: 2:16-cv-1362-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AGREED MEDIATOR

Pursuant to the Order setting the Scheduling Conference (Dkt. 41), the parties have conferred and agreed upon a mediator to conduct mediation in the above-referenced case as follows:

James M. Amend, Esq.
JAMS
71 St. Wacker Drive, Suite 3090
Chicago, IL 60606
Tel.: (612) 332-8225
Fax: (612) 332-9887
E-mail: dlewis@jamsadr.com

                                                Respectfully Submitted,

                                                */s/ Michael K. Plimack w/permission Wes Hill*
                                                Michael K. Plimack (SBN: 133869)

>mplimack@cov.com
>Winslow Taub (SBN: 233456)
>wtaub@cov.com
>Alice Ahn (SBN: 245723)
>aahn@cov.com
>COVINGTON & BURLING LLP
>One Front Street
>San Francisco, CA 94111
>Telephone: (415) 591-6000
>
>Robert T. Haslam (SBN: 71134)
>rhaslam@cov.com
>COVINGTON & BURLING LLP
>333 Twin Dolphin Drive
>Redwood Shores, CA 94065
>Telephone:  (650) 632-4700
>
>Wesley Hill (wh@wsfirm.com)
>Texas State Bar No. 24032294
>Andrea L. Fair (andrea@wsfirm.com)
>Texas State Bar No. 24078488
>WARD, SMITH & HILL, PLLC
>PO BOX 1231
>Longview, Texas 75606
>Telephone: (903) 757-6400
>Facsimile: (903) 757-2323
>
>***Attorneys for Plaintiff Nagravision SA***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 30th day of March, 2017.

*/s/ Wes Hill*