# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NAGRAVISION SA,<br><br>                            Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,<br><br>                            Defendants. | Case No. 2:16-cv-01362-JRG |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR MANDATORY STAY PURSUANT TO 28 U.S.C. § 1659(a)

Before the Court is Defendants' Unopposed Motion for Mandatory Stay Pursuant to 28 U.S.C. § 1659(a) (Dkt. No. 47). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims related to U.S. Patent No. 7,725,720 are stayed. However, claims regarding the remaining patents-in-suit shall proceed.

**So ORDERED and SIGNED this 13th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE