UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NAGRAVISION SA,**<br><br>         **Plaintiff,**<br><br>vs.<br><br>**COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,**<br><br>         **Defendants.** | Case No.: 2:16-cv-1362-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Pursuant to the Court's March 7, 2017 Scheduling Order (Dkt. 41), Plaintiff, Nagravision SA ("Plaintiff") files this Notice of Compliance hereby informing the Court that Plaintiff served its Initial and Additional Disclosures on all Defendants April 18, 2017. Service was made via electronic mail.

Dated:  April 18, 2017                               Respectfully submitted,

                                                                  */s/ Michael K. Plimack w/permission by Andrea Fair*
                                                                  Michael K. Plimack (SBN: 133869)
                                                                  *mplimack@cov.com*
                                                                  Winslow Taub (SBN: 233456)
                                                                  *wtaub@cov.com*
                                                                  Alice Ahn (SBN: 245723)
                                                                  *aahn@cov.com*

COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000

Robert T. Haslam (SBN: 71134)
*rhaslam@cov.com*
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone: (650) 632-4700

Wesley Hill (wh@wsfirm.com)
Texas State Bar No. 24032294
Andrea L. Fair (andrea@wsfirm.com)
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO BOX 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff Nagravision SA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 18, 2017..

/s/ Andrea Fair