UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NAGRAVISION SA,<br><br>      Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,<br><br>      Defendants. | Case No. 2:16-cv-01362-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's April 12, 2017 Docket Control Order (Dkt. 53), Defendants hereby inform the Court that they served their Initial and Additional Disclosures on Plaintiff via e-mail on April 17, 2017.

Dated:  April 18, 2017

Respectfully submitted,

By:  */s/ Natalie Hanlon Leh*
Natalie Hanlon Leh (*pro hac vice*)
Mary (Mindy) V. Sooter (*pro hac vice*)
Anne Lee (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, Colorado 80202
Telephone:   (720) 274-3135
Facsimile:   (720) 274-3133
Natalie.HanlonLeh@wilmerhale.com
Mindy.Sooter@wilmerhale.com
Anne.Lee@wilmerhale.com

Kathryn D. Zalewski
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:    (650) 858-6000
Facsimile:    (650) 858-6100
Kathryn.Zalewski@wilmerhale.com

Jason H. Liss (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:    (617) 526-6000
Facsimile:    (617) 526-5000
Jason.Liss@wilmerhale.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of April, 2017, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by e-mail.

                                                                                */s/ Natalie Hanlon Leh*
                                                                                Natalie Hanlon Leh