**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NAGRAVISION SA,**<br><br>     **Plaintiff,**<br><br>   vs.<br><br>**COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,**<br><br>     **Defendants.** | **Case No.: 2:16-cv-1362-JRG**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff seeks leave to file an Amended Complaint for Patent Infringement against Defendants. Pursuant to Local Rule CV-7(k), Plaintiff's Amended Complaint will be filed separately but also is attached with this filing as Exhibit 1 with accompanying Exhibits A through E. Plaintiff seeks leave to amend its complaint to add an additional Plaintiff and two patents. This relief is sought in the interests of justice and not to cause undue delay or prejudice. Plaintiff has conferred with Defendants, and this motion is unopposed.[1]

---

[1] Defendants have requested that Plaintiff indicate that although Defendants do not oppose Plaintiff's motion for leave to amend, Defendants have not thereby waived their defense based on improper venue under Fed. R. Civ. P. 12(b)(3) pursuant to 28 U.S.C. § 1400(b) and 28 U.S.C. § 1404(a) as described in their pending motion to dismiss. See Dkt. 33, 48.

Respectfully Submitted,

*/s/ Michael K. Plimack w/permission Andrea Fair*
Michael K. Plimack (SBN: 133869)
*mplimack@cov.com*
Winslow Taub (SBN: 233456)
*wtaub@cov.com*
Alice Ahn (SBN: 245723)
*aahn@cov.com*
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000

Robert T. Haslam (SBN: 71134)
*rhaslam@cov.com*
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone:  (650) 632-4700

R. Jason Fowler (SBN: 990358)
*jfowler@cov.com*
COVINGTON & BURLING LLP
One CityCenter, 850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000

Wesley Hill (wh@wsfirm.com)
Texas State Bar No. 24032294
Andrea L. Fair (andrea@wsfirm.com)
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO BOX 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

***Attorneys for Plaintiff Nagravision SA***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 24th day of April, 2017.

*/s/ Andrea Fair*