**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NAGRAVISION SA,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,<br><br>    *Defendants*. | Case No. 2:16-cv-01362-JRG |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR
PARTIES TO SUBMIT PROPOSED PROTECTIVE ORDER**

Before the Court is the Joint Motion to Extend Time for Parties to Submit Proposed Protective Order (Dkt. No. 60). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that the parties' deadline to submit the proposed protective order is hereby extended from April 24, 2017, until and including May 1, 2017.

**So Ordered this**
**May 1, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE