# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| NAGRAVISION SA | § | |
| | § | |
| v. | § | Case No. 2:16-CV-1362-JRG |
| | § | |
| COMCAST CORPORATION, ET AL. | § | |

## FIRST AMENDED DOCKET CONTROL ORDER

It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| Current Deadline | New Deadline | Description |
|---|---|---|
| June 4, 2018 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas** Before Judge Rodney Gilstrap |
| May 7, 2018 | | *Pretrial Conference – 9:00 a.m. **Marshall, Texas** before Judge Rodney Gilstrap |
| May 2, 2018 | | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| April 30, 2018 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated |
| April 23, 2018 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |

| Current Deadline | New Deadline | Description |
|---|---|---|
| April 16, 2018 | | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the |
| April 16, 2018 | | Serve Objections to Rebuttal Pretrial Disclosures |
| April 2, 2018 | | Serve Objections to Pretrial Disclosures; and<br>Serve Rebuttal Pretrial Disclosures |
| March 26, 2018 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| February 26, 2018 | | *File Motions to Strike Expert Testimony (including Daubert |
| February 26, 2018 | | *File Dispositive Motions |
| February 26, 2018 | | Deadline to Complete Expert Discovery |
| February 5, 2018 | | Serve Disclosures for Rebuttal Expert Witnesses |
| January 15, 2018 | | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| December 15, 2017 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| November 29, 2017 | | Deadline to Complete Mediation |
| November 22, 2017 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| November 1, 2017 | | *Claim Construction Hearing – 1:30 p.m. in Marshall, Texas before Judge Rodney Gilstrap |

| Current Deadline | New Deadline | Description |
|---|---|---|
| October 18, 2017 | | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| October 11, 2017 | | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| October 4, 2017 | | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| September 20, 2017 | | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| September 20, 2017 | | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| September 6, 2017 | | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| August 30, 2017 | | File Response to Amended Pleadings |
| August 16, 2017 | | *File Amended Pleadings |
| August 9, 2017 | | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| July 19, 2017 | | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| June 28, 2017 | | Comply with ply with P.R. 4-1 (Exchange Proposed Claim <u>Terms)</u> |
| | June 15, 2017 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) for |
| April 10, 2017 | | *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |

3

| Current Deadline | New Deadline | Description |
|---|---|---|
| April 3, 2017 |  | Join Additional Parties |
| March 30, 2017 |  | *File Notice of Mediator |
| March 17, 2017 |  | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) for Patents in Original Complaint |

**So ORDERED and SIGNED this 8th day of June, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE