IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NAGRAVISION SA and NAGRA FRANCE SAS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, COMCAST OF HOUSTON, LLC, COMCAST HOLDINGS CORPORATION, COMCAST SHARED SERVICES, LLC,<br><br>    *Defendants*. | Case No. 2:16-cv-1362-JRG |

## ORDER

Before the Court is Plaintiffs' opposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss or, in the Alternative, Transfer. (Dkt. No. 74.) The Court is of the opinion that Plaintiffs' request for additional time is reasonable under these circumstances, that the requested discovery is not overly broad, and that good cause for such request exists. Accordingly, the Motion should be and is **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' response to Defendants' Motion to Dismiss or, in the Alternative, Transfer is extended until and including June 28, 2017.

**So ORDERED and SIGNED this 14th day of June, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE